UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANIEL WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cv-00650-WTL-DML |
| | ) | |
| ADOBO GRILL 110, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## Report and Recommendation to Approve Settlement

This case is before the magistrate judge for a report and recommendation on the parties' Joint Motion for Order Approving Settlement. (Dkt. # 31.) Having considered the motion and having reviewed the settlement agreement *in camera,* the magistrate judge issues the following Report and Recommendation. As provided by Fed.R.Civ.P. 72(b) and 28 U.S.C. § 636(b)(1), any party may file and serve specific written objections to this Report and Recommendation within 14 days of service.

The magistrate judge finds that the settlement agreement, executed by the parties on April 15, 2010, is a fair and reasonable compromise of a bona fide dispute. The magistrate judge therefore recommends that the District Judge approve the settlement agreement.

As required by Fed.R.Civ.P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(c), the magistrate judge orders the clerk promptly to mail a copy of this Report and Recommendation to all parties.

So ORDERED.

Date:  04/26/2010

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Philip J. Gibbons Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

Andrew G. Jones
GIBBONS JONES P.C.
ajones@gibbonsjones.com

James D. Masur II
ROBERT W. YORK & ASSOCIATES
jmasur@york-law.com