**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **DANIEL WOOD,** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     vs. | ) CAUSE NO. 1:09-cv-650-WTL-DML |
| | ) |
| **ADOBO GRILL 100, LLC,** | ) |
| | ) |
|   Defendant. | ) |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation which reads as follows:

(H. I.)

and all interested parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections thereto. No objections have been filed. The Court, having considered the Magistrate Judge's Report, and being duly advised, hereby approves and adopts the Magistrate Judge's Report and Recommendation as that of the Court.

Inasmuch as the parties' settlement has now been approved, the Plaintiff shall file a motion to dismiss or a stipulation of dismissal of this cause within thirty days of the date of this Order.

SO ORDERED: 05/17/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification